UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMY HAMM, on behalf of herself and all others similarly situated, § § § | |
| *Plaintiff*, § § | Case No. 2:20-cv-01515-SM-DPC |
| v. § § | District Judge Susie Morgan |
| ACADIA LAPLACE HOLDINGS, LLC and OCHSNER-ACADIA, LLC § § § § | Magistrate Judge Donna Phillips Currault |
| *Defendants*. § | |

# REQUEST FOR ORAL ARGUMENT

In accordance with Local Rule 78.1, Plaintiff Amy Hamm ("Plaintiff") respectfully requests oral argument on Plaintiff's *Motion to Amend Scheduling Order* filed contemporaneously herewith.

Dated: April 25, 2023                       Respectfully Submitted,

/s/ Robert E. Morelli, III
Carolyn H. Cottrell (CA Bar No. 166977)
Admitted *pro hac vice*
Ori Edelstein (CA Bar No. 268145)
Admitted *pro hac vice*
Robert E. Morelli, III (TN Bar No. 037004)
Admitted *pro hac vice*
SCHNEIDER WALLACE
COTTRELL KONECKY LLP
2000 Powell Street, Suite 1400
Emeryville, California 94608
Tel: (415) 421-7100; Fax: (415) 421-7105
ccottrell@schneiderwallace.com
oedelstein@schneiderwallace.com
rmorelli@schneiderwallace.com

Joseph C. Peiffer (La. Bar No. 26459)

-1-

-2-

        Daniel Centner (La. Bar No. 33055)
        PEIFFER WOLF CARR KANE
        & CONWAY, APLC
        1519 Robert C. Blakes, Sr. Drive
        New Orleans, Louisiana 70130
        T: 504-523-2434
        JPeiffer@peifferwolf.com
        DCentner@peifferwolf.com

*Counsel for Plaintiff, Class, and Collective Members*

## CERTIFICATE OF SERVICE

    I hereby certify that on April 25, 2023, I served a true and correct copy of the foregoing Motion on all parties and/or their counsel of record via the Court's CM/ECF filing system in accordance with the Federal Rules of Civil Procedure.

                                            */s/ Robert E. Morelli, III*